# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1778
_____

PAUL CRAIG,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

May 24, 2019


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and RAY and WINOKUR, JJ., concur.


_____


***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul Craig, pro se, Appellant.

Ashley Moody, Attorney General, and Virginia C. Harris, Assistant Attorney General, Tallahassee, for Appellee.